## Artie Lampkin et al., Appellees, v. Thomas J. Friel et al., Trading as Chicago Surface Lines, Appellants.

### Gen. No. 43,475.

opinion filed June 26, 1946; released for publication August 19, 1946. Frank L. Kriete, Thomas M. Morris, Arthur J. Donovan and Chester A. Wynne, for appellants; William J. Flaherty, of counsel; Lester E. Williams and Max L. Rasoff, for appellees. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.